UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| ALFRED D. SANCHEZ III and KIRA JOY CARBONNEAU,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　Defendant. | Case No. 3:25-cv-00238-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by the United States Magistrate Judge Raymond E. Patricco (Dkt. 28). For the reasons explained below, the Court adopts the Report and Recommendation.

On April 7, 2025, Plaintiffs filed their complaint in state court alleging several breach-of-warranty claims. Defendant removed the action to federal court. Plaintiff's counsel subsequently failed to appear for a series of proceedings. Defendant filed a motion to dismiss under Rule 41(b) in October 2025 based on failure to prosecute and failure to comply with a court order. Plaintiffs missed the response deadline but moved for leave to respond about a month later. In that motion, Plaintiffs explained that one of their attorneys had recently been hospitalized due to a stroke, and counsel's paralegal had not properly calendared deadlines or notified counsel of court orders. Judge Patricco allowed Plaintiffs to respond, and they subsequently submitted an opposition to the motion to dismiss.

**ORDER - 1**

In February 2026, Judge Patricco issued the Present Report and Recommendation recommending the denial of the motion to dismiss. Pursuant to statute and District of Idaho Local Civil Rule 72.1(b)(2), Judge Patricco gave the parties two weeks to file written objections, which were due by March 3, 2026. Neither party filed an objection.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order.

## ORDER

**IT IS HEREBY ORDERED:**

1.  The Report and Recommendation entered on January 15, 2025 (Dkt. 28) is INCORPORATED and ADOPTED in its entirety.

2.  Defendant's Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(b) is DENIED.

DATED: April 3, 2026



B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**